264 So.2d 552

### Samuel BROWN, alias

v.

### STATE.

### 6 Div. 128.

Court of Criminal Appeals of Alabama.

Nov. 9, 1971.

Rehearing Denied Dec. 7, 1971.

AFTER REMANDMENT

Affirmed without opinion, on authority of Supreme Court mandate, 288 Ala. 680, 264 So.2d 549.